# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gateway Health Plan, Inc.,     :
:
         Petitioner        :
:
           v.          : No. 1924 C.D. 2016
:
Department of Human Services,    :
:
         Respondent     :

## O R D E R

**AND NOW,** this 2nd day of November, 2017 it is ordered that the above-captioned Memorandum Opinion, filed July 24, 2017, shall be designated OPINION and shall be REPORTED.

_____
JAMES GARDNER COLINS, Senior Judge